# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2019 ND 121

Abdulrahman Ibrahim Ali,                                Petitioner and Appellant

v.

State of North Dakota,                                Respondent and Appellee

No. 20190004

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Thomas R. Olson, Judge.

AFFIRMED.

Per Curiam.

Benjamin C. Pulkrabek, Mandan, ND, for petitioner and appellant.

Reid A. Brady, Assistant State's Attorney, Fargo, ND, for respondent and appellee; submitted on brief.

**Ali v. State**

**No. 20190004**

**Per Curiam.**

[¶1] Abdulrahman Ibrahim Ali appeals from a district court order denying his application for post-conviction relief. In 2017, Ali was found guilty of five felonies: gross sexual imposition, kidnapping, aggravated assault, and two counts of terrorizing. Ali stipulated to the underlying facts of the charges and waived his right to a jury trial. The district court held a bench trial to determine whether Ali was criminally responsible due to mental illness and concluded Ali was criminally responsible. The guilty verdicts were upheld on appeal. *State v. Ali*, 2018 ND 87, ¶ 1, 909 N.W.2d 112.

[¶2] In 2018, Ali filed an application for post-conviction relief. The application alleged ineffective assistance of counsel due to Ali's trial attorney overlooking his mental health issues. An evidentiary hearing regarding Ali's application took place in November 2018, and the district court issued an order denying Ali's application for post-conviction relief.

[¶3] We summarily affirm the district court's order under N.D.R.App.P. 35.1(a)(2), concluding the court's findings of fact are not clearly erroneous, and the court did not err in determining Ali failed to establish his counsel's representation fell below an objective standard of reasonableness.

[¶4]  Gerald W. VandeWalle, C.J.
       Jon J. Jensen
       Jerod E. Tufte
       Daniel J. Crothers
       Lisa Fair McEvers

1